IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP A. VAVRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2:05cv321** |
| v. ) | **Electronic Filing** |
| ) | |
| A.K.STEEL CO.; UNIVERSITY OF ) | |
| MICHIGAN; UNIVERSITY OF ) | Judge David S. Cercone |
| MICHIGAN SCHOOL OF MEDICINE; ) | Magistrate Judge Lisa Pupo Lenihan |
| JAMES W. ALBERS; STANLEY ) | |
| BERENT; RAILROAD OCCUPATIONAL ) | |
| INTRA-INDUSTRY CLAIMS ) | |
| ORGANIZATION; JOHN AND MARY ) | |
| DOES 1-100; DOE CORPORATIONS; ) | |
| PARTNERSHIPS OR OTHER ENTITIES ) | |
| 1-100, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Complaint was received by the Clerk of Court on March 10, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on August 3, 2005, recommended that Plaintiff's Motion to Strike Defendants' Joint Motion to Dismiss the Second Amended Complaint pursuant to Rules 7(b)(1) and 12(f), or in the alternative, Motion for a More Specific Pleading pursuant to Rules 7(b)(1) and 12(e), be denied. Service was made on all counsel of record. No objections to the report and recommendation were filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 25 day of August, 2005,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendants' Joint Motion to Dismiss the Second Amended Complaint pursuant to Rules 7(b)(1) and 12(f), or in the alternative, Motion for a More Specific Pleading pursuant to Rules 7(b)(1) and 12(e) is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated August 3, 2005, is adopted as the opinion of the court.

*[signature: DSCercone]*

David Stewart Cercone
United States District Judge

cc:    Honorable Lisa Pupo Lenihan
U.S. Magistrate Judge

George Chada, Esquire
Workplace Exposure Group
221 Summit Ave.
Natrona Heights, PA 15065-9710

Stephen Houghton, Esquire
Peter T. Stinson, Esquire
Justin M. Gottwald, Esquire
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

James F. Israel, Esquire
310 Gant St.
Suite 501 Grant Bldg.
Pittsburgh, PA 15219

Jeanette H. Ho, Esquire
Tyler J. Smith, Esquire
Pietragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219